MR. Dennis Lamar Gardner, JR.
_____
Name and Prisoner/Booking Number

DVI    BJ4129
_____
Place of Confinement

23500 KASSON Rd
_____
Mailing Address

TRACY, CA 95304
_____
City, State, Zip Code

**FILED**

**Jul 26, 2019**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Dennis Lamar Gardner, JR
_____
(Full Name of Plaintiff)          Plaintiff,

v.

(1) Vallei Police Department
_____
(Full Name of Defendant)

(2) City of Vallejo
_____

(3) Steve Darden
_____

(4) Sean Kenney
_____
                              Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** 2:19-cv-1432-DMC (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint   Jury Trial Demanded
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:

    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

    ☐ Other: _____

2. Institution/city where violation occurred: Vallejo, CALif.

attach page I-A

(5) Hak

(6) Myer

(7) Terrel

(1) Continue

**B. DEFENDANTS**

1. Name of first Defendant: _Vallejo Police Department_. The first Defendant is employed as:
   _____ at _____.
   (Position and Title)                         (Institution)

2. Name of second Defendant: _Steve Darden_. The second Defendant is employed as:
   _Police officer_ at _Vallejo Police Department_
   (Position and Title)                         (Institution)

3. Name of third Defendant: _Sean Kenney_. The third Defendant is employed as:
   _Police officer_ at _Vallejo Police Department_
   (Position and Title)                         (Institution)

4. Name of fourth Defendant: _HaK_. The fourth Defendant is employed as:
   _US Marshal_ at _____.
   (Position and Title)                         (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _8_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Gardner_ v. _Bauer_
      2. Court and case number: _2:14-CV 02908-KJM-KJN_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

   b. Second prior lawsuit:
      1. Parties: _Gardner_ v. _Coleman_
      2. Court and case number: _2:12-CV-01981-GEB-CKD_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

   c. Third prior lawsuit:
      1. Parties: _Gardner_ v. _Barrett et al_
      2. Court and case number: _2:17-CV-00925-GEB CMK_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _Dismissed_

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

Page 2 B. Defendants Con't.

5.   Defendant
      Myer
      Solano DA Investigator

6.   Defendant
      Terrel
      CDCR Agent

7.   Defendant
      City of Vallejo

2. Continue

2. C additional lawsuits

d.
Fourth prior lawsuit:       Gardner v. Six Flags Discovery Kingdom
                            2:15-cv-02085-WBS-EFB(PC)

E. Fifth prior lawsuit:     Gardner v. City of Vallejo et al
                            2:13-cv-02481-KJN (PC)

f. Sixth prior lawsuit:     Gardner v. Jehanigen
                            2:12-cv-01964 MCE-KJN(PC)

G. Seventh Prior lawsuit:   Gardner v. Darden
                            2:12-cv-01963-AC

H. eighth Prior lawsuit:    Gardner v City of Vallejo et al
                            2:12-cv-01613 DAD

## D.  CAUSE OF ACTION

### CLAIM I

1.  State the constitutional or other federal civil right that was violated:  __Amendment IV__

2.  **Claim I.**  Identify the issue involved.  Check **only one.**  State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☒ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

    On 4/30/2017 officer Steven Darden put a warrant in the system for, Delaying obstructing, resisting arrest and violation of probation 5/30/2017 Vallejo Police officer Sean Kenny US Marshall Hak Myer Solano DA Investigator and CDCR Agent Terrel While Conducting a Sting noticed me in the area arrested me handcuffed and Hog tyed me for probation violation Delaying, obstructing a peace officer. My Celluar phone was taken and never placed on my property reciept when i was booked into Solano County Jail Once Charges were dismissed because i was never on probation. My phone was never returned t to me or located.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

    Wrongfully deprived of Freedom, Property of life

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
    b.  Did you submit a request for administrative relief on Claim I?  ☐ Yes  ☒ No
    c.  Did you appeal your request for relief on Claim I to the highest level?  ☐ Yes  ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim II.  Identify the issue involved.  Check only one.  State additional issues in separate claims.**
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   _____

4

## CLAIM III

1.   State the constitutional or other federal civil right that was violated: _____
_____.

2.   **Claim III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
☐ Basic necessities       ☐ Mail            ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property        ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety  ☐ Other: _____.

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_____
_____
_____

5.   **Administrative Remedies.**
   a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                            ☐ Yes   ☐ No
   b.   Did you submit a request for administrative relief on Claim III?      ☐ Yes   ☐ No
   c.   Did you appeal your request for relief on Claim III to the highest level?   ☐ Yes   ☐ No
   d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Monetary damages, Punitive

damages awarded by Jury under State

and federal laws.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __7/16/2019__                          _Dennis L. Gardner Jr_
                 DATE                                SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6